MIE 3
Revised 07/12

Order of the Court to Recall Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

       v.

VOITS, Konrads                         Crim. No.:  17-CR-20689-01

On 07/20/2022 the Court authorized a petition and warrant for a supervised release violation charge.

| X | The probation department is recommending that the violation petition be dismissed, and the warrant be recalled due to the death of VOITS. |

Reviewed and Approved:                     Respectfully submitted,

s\Tracy Kosmas                            s\Mark Birkholz
Supervising United States Probation Officer     Senior United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved.

Dated this 24th Day of August,  2022.

                                          s/Robert H. Cleland
                                          Robert H. Cleland
                                          Senior United States District Judge

cc:  U.S. Marshal